IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-40376
_____


TEXANS AGAINST CENSORSHIP INC., ET AL.,

Plaintiffs,

WYNNE L. CREEKMORE, JR.,

Plaintiff-Appellant,

versus

STATE BAR OF TEXAS; JAMES M. MCCORMACK;
DISTRICT 1A GRIEVANCE COMMITTEE OF THE
STATE BAR OF TEXAS,

Defendants-Appellees.
_____

Appeal from the United States District Court for the
Eastern District of Texas
(3:94-CV-61)
_____

(October 9, 1996)

Before REYNALDO G. GARZA, JOLLY, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    In this case, the appellant, Wynne L. Creekmore, Jr., argues on vague grounds that the State Bar of Texas violated his rights guaranteed by the First Amendment by issuing guidelines for regulating written solicitations by lawyers.  We find none of his

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

arguments convincing.  We find that the extensive district court opinion ably and correctly addressed each of the issues raised by the appellant.  <u>See</u> <u>Texans Against Censorship, Inc. v. State Bar of Texas</u>, 888 F.Supp 1328 (E.D.Tex. 1995).  Therefore, we AFFIRM on the basis of the district court's opinion.

A  F  F  I  R  M  E  D.